UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 07cr2830-BTM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Date: May 29, 2009 |
| | ) | Time: 10:30 a.m. |
| v. | ) | |
| | ) | ORDER TO CONTINUE |
| **CARIN MARY MONTIJO**, | ) | REVOCATION OF SUPERVISED |
| | ) | RELEASE HEARING |
| Defendant. | ) | |
| | ) | |

WHEREAS the parties have stipulated to a continuance of the hearing; and for good cause showing;

IT IS HEREBY ORDERED that the hearing date in the above-mentioned case be continued from May 29, 2009 at 10:30 a.m. to June 29, 2009 at 2:00 p.m.

SO ORDERED.

DATED: May 28, 2009

_____
Honorable Barry Ted Moskowitz
United States District Judge